942 So.2d 450 (2006)
Andrew Jay KUNZIE, as Personal Representative of the Estate of Angela Gail Kunzie, Appellant,
v.
GLAXO WELLCOME, INC., n/k/a Smithkline Beecham Corporation, et al., Appellee.
No. 1D05-4627.
District Court of Appeal of Florida, First District.
November 27, 2006.
John S. Mills and Bryan S. Gowdy of Mills & Carlin, P.A., and Angelo M. Patacca, Jr., of Terrell Hogan Ellis Yegel Wel, P.A., Jacksonville, for Appellant.
Mercer K. Clarke and Kelly Anne Luther of Clarke Silvergate & Campbell, P.A., Miami, for Appellee.
PER CURIAM.
AFFIRMED. See Felix v. Hoffmann-LaRoche, Inc., 540 So.2d 102 (Fla.1989).
ERVIN, ALLEN, and WOLF, JJ., concur.